UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10935 CAS (PJWx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | SMITH GLOBAL MANAGEMENT INC V. GEN FUKUNAGA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| MONICA SALCIDO | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|

**Proceedings:**     (In Chambers:) MOTION TO MODIFY SCHEDULING ORDER TO PROVIDE FOR TRIAL BY JURY (Docket No. 25, filed August 28, 2013)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of September 23, 2013 is vacated, and the matter is hereby taken under submission.

Plaintiff filed this unopposed motion to modify the scheduling order pursuant to Federal Civil Procedure Rule 16(b)(4) on August 28, 2013. Plaintiff requests that the scheduling order be modified to provide for a trial by jury in this matter. This motion is unopposed.

The Court hereby GRANTS plaintiff's motion to modify the scheduling order to provide for trial by jury.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | MS | | |