```
GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
allen@grodsky-olecki.com
Zachary Rothenberg (SBN 215404)
zachary@grodsky-olecki.com
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Plaintiff
Smith Global Management, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH GLOBAL MANAGEMENT, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>GEN FUKUNAGA, FUNIMATION PRODUCTIONS, LTD. d/b/a FUNIMATION ENTERTAINMENT, FUNIMATION ENTERTAINMENT, INC., FUN MUSIC PROJECT, LLC, and CHRIS MOUJAES, and DOES 1 through 25. <br><br>　　　　Defendants. | Case No.  CV12-10935 CAS (PJWx) <br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　The parties will bear their own attorney's fees and costs of suit.

| | |
|---|---|
| Dated: November 1, 2013 | GRODSKY & OLECKI LLP<br>Allen B. Grodsky<br>Zachary Rothenberg<br><br>By: _____<br>Allen B. Grodsky<br><br>Attorneys for Plaintiff<br>Smith Global Management, Inc. |
| Dated: November 1, 2013 | JONES WALKER LLP<br>Lauren J. Harrison<br>Daniel H. Purdie<br><br>NESBITT & NESBITT, LLP<br>Paul B. Nesbitt<br><br>By: _____<br>Lauren J. Harrison<br><br>Attorneys for Defendants<br><br>FUNimation Productions, Ltd. d/b/a FUNimation Entertainment, Gen Fukunaga, and Chris Moujaes |